UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

MWH HOLDINGS, LLC,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,

    Defendant.

Docket No. 1:20-cv-01152

## **DEFENDANT'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Defendant, Certain Underwriters at Lloyd's, London Subscribing to Certificate No. XEQ3461418, Improperly Named as Certain Underwriters at Lloyd's of London, are foreign unincorporated associations with their principal place of business in London, England. Defendant does not have a parent corporation that owns 10% or more of its stock.

Respectfully submitted,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON

By Its Attorneys,

MORRISON MAHONEY LLP

Dated:  December 3, 3020

/s/ *Brian A. Suslak*
Brian A. Suslak, #269917
bsuslak@morrisonmahoney.com
1001 Elm Street, Suite 304
Manchester, NH 03101
Phone:   603-622-3400
Fax:       617-342-4882

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

William Aivalikles, Esq.
253 Main Street
Nashua, NH 03060
*Counsel for Plaintiff*

/s/ *Brian A. Suslak*
Brian A. Suslak, #269917