**Freitas, Susan**

| | |
|---|---|
| **From:** | NHCourtsNo-Reply@tylerhost.net |
| **Sent:** | Monday, December 07, 2020 10:39 AM |
| **To:** | Freitas, Susan |
| **Subject:** | Courtesy Copy of Service for Case:  226-2020-CV-00536, MWH Holdings, LLC v Certain Underwriters at Lloyd's of London for filing Service Only |

**\*\*External Email\*\***



# Copy of Service
Case Number: 226-2020-CV-00536
Case Style: MWH Holdings, LLC v Certain
Underwriters at Lloyd's of London
Envelope Number: 1456397

This is a courtesy copy of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 226-2020-CV-00536 |
| **Envelope Number** | 1456397 |
| **Case Style** | MWH Holdings, LLC v Certain Underwriters at Lloyd's of London |
| **Date/Time Submitted** | 12/7/2020 10:38 AM EST |
| **Filing Type** | Service Only |
| **Filing Description** | True Attest Copy for Removal to Federal District Court |
| **Filed By** | Maicie C. (Court Staff) |
| **Service Contacts** | Certain Underwriters at Lloyd's of London: Brian Suslak (bsuslak@morrisonmahoney.com) |
| **File Stamped Copy** | Download Document |
| This link is active for 180 days. | |

If the link above is not accessible, copy this URL into your browser's address bar to view the document:
https://newhampshire.tylerhost.net/ViewServiceDocuments.aspx?ADMIN=0&SID=277132ad-8d23-46a8-8eb2-965de99d3e23

**Important:** This is how you will be contacted regarding cases. Please add NHCourtsNo-Reply@tylerhost.net in your address book.

For further assistance, please contact the court.
1-855-212-1234
This message was automatically generated. Please do not reply to this email.

THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
HILLSBOROUGH COUNTY

I, Amy Feliciano, Clerk of the Superior Court of the State of New Hampshire for the County of Hillsborough Southern District, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of Affidavit of service, Summons in a Civil Action, Notice to State Court of Notice of removal, Complaint  in the action 226-2020-CV-00536  MWH Holdings, LLC  v.  Certain Underwriters at Lloyd's of London of said Superior Court.

In witness whereof I have hereunto set my hand
And affixed the seal of said Superior Court at
This Fourth day of December  A.D. 2020

December 4, 2020

Clerk of Superior Court

STATE OF NEW HAMPSHIRE
HILLSBOROUGH COUNTY SUPERIOR COURT - SOUTHERN DISTRICT

MWH Holdings, LLC

v.

Certain Underwriters at Lloyd's of London

Case No.: 226-2020-CV-00536

### AFFIDAVIT OF SERVICE

KNOW ALL MEN BY THESE PRESENTS that I, William Aivalikles, under oath, depose and say as follows:

1.      That on or about November 5, 2020, the Merrimack County Sheriff's Office served the New Hampshire Insurance Commissioner as agent for Defendant, Certain Underwriters at Lloyd's of London (see attached Return of Service).

2.      That on or about October 22, 2020, the Plaintiffs forwarded the served Complaint to the Defendant, Certain Underwriters at Lloyd's of London (see attached certified letter of October 22 and postal documentary).

3.      The Defendant, Certain Underwriters at Lloyd's of London, acknowledged receipt of the letter with the enclosed Complaint (see attached email). The Plaintiff has not received the green card acknowledgement from postal service.

4.      The Plaintiffs have completed service on the Defendant, Certain Underwriters at Lloyd's of London.

Dated: December 2, 2020

_____
William Aivalikles, Esq.



True Copy Attest

1

Amy M. Feliciano, Clerk of Court
This is a Service Document For Case: 226-2020-CV-00536
December 4, 2020
Hillsborough Superior Court Southern District

STATE OF NEW HAMPSHIRE )
COUNTY OF HILLSBOROUGH )

    Personally appeared the above-named William Aivalikles, this 2 day of December 2020, and made oath that the within statements made by him are true to the best of his knowledge and belief.

    Before me,

Notary Public

2

**Merrimack County Sheriff's Office**
ROBERT P. KRIEGER
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
21 SOUTH FRUIT ST
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS.                                      11/ 5 /2020

I, DEPUTY GLENN E LARAMIE JR, this day at _12:02_ a.m. p.m. summoned
the within named defendant, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, by
leaving at the office of Christopher R. Nicolopoulos, Insurance
Commissioner for the State of New Hampshire, its true and lawful attorney
for the service of process under, and by virtue of, Chapter 405:10 NH RSA
as amended, two true and attested copies of this Summons and Complaint and
I paid said Commissioner for the State twenty-five ($25.00) dollars as
their fee for accepting service.

FEES

    Service                       $25.00
    Postage                        1.00
    Travel                       15.00
    Pd NH Ins. Commissioner    25.00

TOTAL                      $66.00

DEPUTY GLENN E LARAMIE JR
Merrimack County Sheriff's Office

LAW OFFICE OF
## WILLIAM E. AIVALIKLES, P.A.
253 MAIN STREET
NASHUA, NEW HAMPSHIRE 03060

MEMBER
NEW HAMPSHIRE AND
FLORIDA BAR

TELEPHONE
603.880.0303
FAX
603.882.0065
EMAIL
william@nhtriallaw.com

October 22, 2020

**_Via Certified Mail RRR - 7013 3020 0000 4491 2886_**
Certain Underwriters at Lloyd's of London
Museum Office Building
25 West 53rd Street, 14th Floor
New York, NY 10019

Re: MWH Holdings, LLC v. Certain Underwriters at Lloyd's of London

Dear Sir,

Enclosed please find a copy of a Complaint together with the Orders of Notice served upon the New Hampshire Insurance Commissioner as your Agent.

Very truly yours,

/s/William Aivalikles, Esq.

WEA/jbw
Enclosure
Cc:      Client
         File

William Aivalikles

| | |
|---|---|
| **From:** | Demosthene, Barbara <Barbara.Demosthene@lloyds.com> |
| **Sent:** | Friday, November 06, 2020 4:55 PM |
| **To:** | william@nhtriallaw.com |
| **Subject:** | MWH Holdings, LLC v. Underwriters |
| **Attachments:** | Litigation 3 (00A).pdf |
| | |
| **Importance:** | High |

We are unable to identify a policy with the information provided in the attached suit papers.  Please forward any additional information regarding the existence of the alleged policy issued by Underwriters, including a copy of the policy, contact details for an attorney, broker, adjuster and/or cover holder.  We need this information in order to identify the policy and obtain instructions from Underwriters regarding defense counsel assignment.

Your assistance is appreciated.

Regards,

Barbara

Barbara Demosthene
Litigation Counsel
Lloyd's America, Inc.
Email: barbara.demosthene@lloyds.com

File Date: 10/19/2020 12:53
Hillsborough Superior Court Southern Dist
E-Filed Docum

**JURY TRIAL REQUESTED**                   226-2020-CV-00536

STATE OF NEW HAMPSHIRE
HILLSBOROUGH COUNTY SUPERIOR COURT - SOUTHERN DISTRICT

MWH Holdings, LLC

v.

Certain Underwriters at Lloyd's of London

<u>**COMPLAINT**</u>

NOW COMES the Plaintiff and sets forth the following Complaint:

**I.    PARTIES**

1.    The Plaintiff, MWH Holdings, LLC, hereinafter referred to as "MWH" is a New Hampshire Limited Liability Company with a principle place of business located at 253 Main Street, Nashua, NH.

2.    The Defendant, Certain Underwriters at Lloyd's of London, hereinafter referred to as "Lloyd's" with a principal place of business at Museum Office Building, 25 West 53rd Street, 14th Floor, NY, 10019.

**II.    FACTS**

3.    The Plaintiff did purchase an insurance policy insuring 235 Main Street, Nashua NH, hereinafter referred to as "the building" for any casualty losses.

4.    Lloyd's did issue an insurance policy #XEQ3461417

5.    On July 11, 2019, the building was struck by a motor vehicle that was being operated at a high rate of speed.

6.    When the vehicle crashed into the building, it caused significant property damage including severe structural damage.

7.    The damage to the building amounted to at least $129,300.00 which damage amount is increasing due to the deteriorating structural deficiencies caused by the crash.

8.    Lloyd's refuses to fully and fairly compensate MWH for the damages that the building sustained as a result of the crash.

1

True Copy Attest

Amy M. Feliciano, Clerk of Court
December 3, 2020

This is a Service Document For Case: 226-2020-CV-
Hillsborough Superior Court Southern District

## III.   CAUSE OF ACTION

### COUNT I - BREACH OF CONTRACT

9.   MWH incorporates by reference all of the allegations contained in Paragraphs 1 through 8 not inconsistent herein.

10.   Lloyd's did breach its contract of insurance with MWH.

11.   Lloyd's failed to properly adjust MWH's claim, and failed to make a reasonable offer to settle in light of the extensive documented damages.

12.   Lloyd's breached the New Hampshire implied covenant of good faith and fair dealing since it failed to make a reasonable offer to compensate MWH when it determined the property loss was $27,503.65.  Lloyd's has not conducted itself reasonably and contrary its duty to its insured.

13.   Lloyd's has engaged in bad faith in the way it handled MWH's claim in light of the significant damages with full knowledge of the documented losses.

### COUNT II – NEGLIGENCE

14.   MWH incorporates by reference all the allegations contained in Paragraphs 1 through 13 not inconsistent herein.

15.   Lloyd's had a duty to fairly and reasonably adjust MWH's claim.

16.   Lloyd's breached its duty that it owed MWH as follows but not limiting the foregoing: not tendering a reasonable offer and fairly adjusting the claim which necessitated this lawsuit; not properly evaluating the claim and totally ignoring the compelling and substantial property damage sustained.

17.   That as a direct and proximate result of Lloyd's negligence, MWH sustained significant property damages as set forth herein that exceed the minimum jurisdictional amount of the Superior Court.

## IV.   CONCLUSION

18.   MWH seeks a jury determination of the property damage the building sustained.

19.   MWH seeks enhance compensatory damages as a result of Lloyd's bad faith and willful conduct.

Respectfully submitted by,
MWH Holdings, LLC
Through its attorney,

Date:  October 19, 2020

*/s/ William Aivalikles*

William Aivalikles, Esq. NHB #308
253 Main Street
Nashua, NH 03060
Phone:  603-880-0303
Fax:  603-882-0065
Email:  william@nhtriallaw.com

THE STATE OF NEW HAMPSHIRE

HILLSBOROUGH, ss.                                   SUPERIOR COURT
SOUTHERN DISTRICT

Docket No. 226-2020-CV-00536

MWH HOLDINGS, LLC,

Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO
CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON

Defendant.

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

### TO THE CLERK FOR THE
### HILLSBOROUGH COUNTY – SOUTHERN DISTRICT SUPERIOR COURT

Please take notice that a Notice of Removal, a true and accurate copy of which is attached

hereto as Exhibit "A", was filed by Defendant, Certain Underwriters at Lloyd's, London,

Improperly Named as Certain Underwriters at Lloyd's of London, in the office of the Clerk of the

United States District Court for the District of New Hampshire, pursuant to Title 28 United States

Code §§ 1441 and 1446, on the 2nd day of December, 2020, relative to the removal and transfer of

the above-captioned action.

True Copy Attest

Amy M. Feliciano, Clerk of Court
December 3, 2020

Respectfully submitted,

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SUBSCRIBING TO CERTIFICATE
NO. XEQ3461418, IMPROPERLY NAMED AS
CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON

Dated: December 2, 2020

By Its Attorneys,

MORRISON MAHONEY LLP

By:   /s/ Brian A. Suslak
      Brian A. Suslak, #269917
      bsuslak@morrisonmahoney.com
      1001 Elm Street, Suite 304
      Manchester, NH 03101
      Phone:   603-622-3400
      Fax:       617-342-4882

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

William Aivalikles, Esq.
253 Main Street
Nashua, NH 03060
*Counsel for Plaintiff*

/s/ Brian A. Suslak
Brian A. Suslak, #269917

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

---

MWH HOLDINGS, LLC,

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO CERTIFICATE NO.
XEQ3461418, IMPROPERLY NAMED AS CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON,

      Defendant.

Docket No.

---

## <u>NOTICE OF REMOVAL</u>

### TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

Pursuant to the provisions of 28 U.S.C. §§ 1446, Defendant, Certain Underwriters at Lloyd's, London Subscribing to Certificate No. XEQ3461418 ("Underwriters"), Improperly Named as Certain Underwriters at Lloyd's of London, hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about October 19, 2020, Plaintiff, MWH Holdings, LLC ("Plaintiff") filed an action (the "State Court Action") in Hillsborough County – Southern District Superior Court against Underwriters, styled and captioned as above and assigned Case No. 226-2020-CV-00536. Plaintiff has alleged Breach of Contract and Negligence against Underwriters arising out of a dispute between the parties concerning the value of property damage allegedly sustained by Plaintiff on or about July 11, 2019.

2.  Plaintiff served Underwriters with the Complaint in the State Action on November 5, 2020. A true copy of the Affidavit of Service, Summons, and Complaint in the State Court Action is attached hereto as Exhibit "A".

3.  Having been filed within 30 days of service of the Complaint, this Notice of Removal to the United States District Court has been filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b). <u>See</u> <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

4.  Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000:

    a.  In the Complaint, Plaintiff alleges that Underwriters operate as "Lloyd's" with a service of suit address at 25 W. 53rd St., 14th Floor, New York, NY 10019. (Ex. A.) There are no underwriting members residing or incorporated in the United States of America as recorded in the Lloyd's Membership system as of this date that participated in any of the syndicates effective during the 2018 underwriting year of account. Accordingly, Underwriters are citizens and/or subjects of a foreign country.

    b.  Based upon the Complaint, Plaintiff is a New Hampshire limited liability company, with a principal place of business in Nashua, New Hampshire.

    c.  The Complaint alleges that Underwriters is obligated to pay Plaintiff and/or pay on Plaintiff's behalf sums in excess of $75,000.

Case 1:20-cv-01152-JL   Document 1   Filed 12/02/20   Page 3 of 4

5.     Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of New Hampshire is the proper forum for removal of the state court action which was commenced in Hillsborough County – Southern District Superior Court.

6.     Pursuant to 28 U.S.C. § 1446(d), Underwriters will give written notice of this Notice to Plaintiff and will file a copy of this Notice with the clerk of the Hillsborough County – Southern District Superior Court promptly after it has filed this Notice with this Court.

7.     Pursuant to 28 U.S.C. § 1447 and Local Rule 81.1(c), Underwriters will file or cause to be filed certified or attested copies of the docket sheet and documents filed in this case in the Superior Court with this Court within fourteen (14) days after filing this Notice.

WHEREFORE, Underwriters respectfully requests that the action pending in Hillsborough County – Southern District Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

Respectfully submitted,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON

By Its Attorneys,

MORRISON MAHONEY LLP

Date: December 2, 2020

/s/ Brian A. Suslak
Brian A. Suslak, #269917
bsuslak@morrisonmahoney.com
1001 Elm Street, Suite 304
Manchester, NH 03101
Phone:   603-622-3400
Fax:      617-342-4882

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

William Aivalikles, Esq.
253 Main Street
Nashua, NH 03060
*Counsel for Plaintiff*

/s/ Brian A. Suslak
Brian A. Suslak, #269917

# EXHIBIT A



**The State of New Hampshire**
**Insurance Department**
21 South Fruit Street, Suite 14
Concord, NH 03301
(603) 271-2261 Fax (603) 271-1406
TDD Access: Relay NH 1-800-735-2964

Christopher R. Nicolopoulos
Commissioner

**NOVEMBER 5, 2020**

**CERTIFIED MAIL**

**7011 2000 0001 8843 3934**

**ATTN: BARBARA DEMOSTHENE**
**LLOYD'S AMERICA, INC.**
**280 PARK AVENUE, EAST TOWER 25TH FLOOR**
**NEW YORK, NY 10017**

Dear Sir or Madam:

You are hereby notified of the service upon me as attorney for your Company of a **COMPLAINT FOR BREACH OF CONTRACT.**

**MWH Holdings, LLC v. Certain Underwriters at Lloyd's of London**, principal defendant(s).

This process is brought in the **Hillsborough Superior Court Southern District**, of **Hillsborough County.** You must respond to this **Complaint for Breach of C** in accordance with the requirements of the court. Pursuant to RSA 405:10, legal process served upon the Commissioner shall have the same effect as if served personally on the company. Please see attached a copy of this process.

Very truly yours,

Christopher R. Nicolopoulos

Christopher R. Nicolopoulos
Commissioner

Enclosure

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT



RECEI
NH INSURANCE DEPARTMENT

NOV 0 5 2020

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name:    **MWH Holdings, LLC v Certain Underwriters at Lloyd's of London**
Case Number:  **226-2020-CV-00536**

Date Complaint Filed: October 19, 2020

A Complaint has been filed against Certain Underwriters at Lloyd's of London in this Court. A copy of the Complaint is attached.

## The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| December 05, 2020 | MWH Holdings, LLC shall have this Summons and the attached Complaint served upon Certain Underwriters at Lloyd's of London by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| December 26, 2020 | MWH Holdings, LLC shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Certain Underwriters at Lloyd's of London must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Certain Underwriters at Lloyd's of London:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| William E. Aivalikles, ESQ | Law Office of William E Aivalikles PA 253 Main St Nashua NH 03069-2720 |
| Certain Underwriters at Lloyd's of London | 25 West 53rd Street 14th Floor New York NY 10019 |

BY ORDER OF THE COURT

October 21, 2020

Amy M. Feliciano
Clerk of Court

(126849)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **MWH Holdings, LLC v Certain Underwriters at Lloyd's of London**
Case Number:   **226-2020-CV-00536**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Hillsborough Superior Court Southern District.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Hillsborough Superior Court Southern District** as the location.

3. Select "I am filing into an existing case". Enter **226-2020-CV-00536** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 10/19/2020 12:53 PM
Hillsborough Superior Court Southern District
E-Filed Document

## JURY TRIAL REQUESTED                226-2020-CV-00536

STATE OF NEW HAMPSHIRE
HILLSBOROUGH COUNTY SUPERIOR COURT - SOUTHERN DISTRICT

MWH Holdings, LLC

v.

Certain Underwriters at Lloyd's of London

### COMPLAINT

NOW COMES the Plaintiff and sets forth the following Complaint:

### I.   PARTIES

1.   The Plaintiff, MWH Holdings, LLC, hereinafter referred to as "MWH" is a New Hampshire Limited Liability Company with a principle place of business located at 253 Main Street, Nashua, NH.

2.   The Defendant, Certain Underwriters at Lloyd's of London, hereinafter referred to as "Lloyd's" with a principal place of business at Museum Office Building, 25 West 53rd Street, 14th Floor, NY, 10019.

### II.   FACTS

3.   The Plaintiff did purchase an insurance policy insuring 235 Main Street, Nashua NH, hereinafter referred to as "the building" for any casualty losses.

4.   Lloyd's did issue an insurance policy #XEQ3461417

5.   On July 11, 2019, the building was struck by a motor vehicle that was being operated at a high rate of speed.

6.   When the vehicle crashed into the building, it caused significant property damage including severe structural damage.

7.   The damage to the building amounted to at least $129,300.00 which damage amount is increasing due to the deteriorating structural deficiencies caused by the crash.

8.   Lloyd's refuses to fully and fairly compensate MWH for the damages that the building sustained as a result of the crash.

1

## III.   CAUSE OF ACTION

### COUNT I - BREACH OF CONTRACT

9.  MWH incorporates by reference all of the allegations contained in Paragraphs 1 through 8 not inconsistent herein.

10.  Lloyd's did breach its contract of insurance with MWH.

11.  Lloyd's failed to properly adjust MWH's claim, and failed to make a reasonable offer to settle in light of the extensive documented damages.

12.  Lloyd's breached the New Hampshire implied covenant of good faith and fair dealing since it failed to make a reasonable offer to compensate MWH when it determined the property loss was $27,503.65. Lloyd's has not conducted itself reasonably and contrary its duty to its insured.

13.  Lloyd's has engaged in bad faith in the way it handled MWH's claim in light of the significant damages with full knowledge of the documented losses.

### COUNT II – NEGLIGENCE

14.  MWH incorporates by reference all the allegations contained in Paragraphs 1 through 13 not inconsistent herein.

15.  Lloyd's had a duty to fairly and reasonably adjust MWH's claim.

16.  Lloyd's breached its duty that it owed MWH as follows but not limiting the foregoing: not tendering a reasonable offer and fairly adjusting the claim which necessitated this lawsuit; not properly evaluating the claim and totally ignoring the compelling and substantial property damage sustained.

17.  That as a direct and proximate result of Lloyd's negligence, MWH sustained significant property damages as set forth herein that exceed the minimum jurisdictional amount of the Superior Court.

## IV.   CONCLUSION

18.  MWH seeks a jury determination of the property damage the building sustained.

19.  MWH seeks enhance compensatory damages as a result of Lloyd's bad faith and willful conduct.

2

Respectfully submitted by,
MWH Holdings, LLC
Through its attorney,

Date: October 19, 2020

*/s/ William Aivalikles*
William Aivalikles, Esq. NHB #308
253 Main Street
Nashua, NH 03060
Phone: 603-880-0303
Fax: 603-882-0065
Email: william@nhtriallaw.com

3

# Merrimack County Sheriff's Office

ROBERT P. KRIEGER
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
21 SOUTH FRUIT ST
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS.                              11/ _5_ /2020

I, DEPUTY GLENN E LARAMIE JR, this day at _12:02_ a.m./p.m., summoned
the within named defendant, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, by
leaving at the office of Christopher R. Nicolopoulos, Insurance
Commissioner for the State of New Hampshire, its true and lawful attorney
for the service of process under, and by virtue of, Chapter 405:10 NH RSA
as amended, two true and attested copies of this Summons and Complaint and
I paid said Commissioner for the State twenty-five ($25.00) dollars as
their fee for accepting service.

FEES

| | |
|---|---|
| Service | $25.00 |
| Postage | 1.00 |
| Travel | 15.00 |
| Pd NH Ins. Commissioner | 25.00 |
| TOTAL | $66.00 |

DEPUTY GLENN E LARAMIE JR
Merrimack County Sheriff's Office

A True Copy Attest

Deputy Sheriff

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH  03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name:   **MWH Holdings, LLC v Certain Underwriters at Lloyd's of London**
Case Number:   **226-2020-CV-00536**

Date Complaint Filed: October 19, 2020
A Complaint has been filed against Certain Underwriters at Lloyd's of London in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| December 05, 2020 | MWH Holdings, LLC shall have this Summons and the attached Complaint served upon Certain Underwriters at Lloyd's of London by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| December 26, 2020 | MWH Holdings, LLC shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Certain Underwriters at Lloyd's of London must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Certain Underwriters at Lloyd's of London:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| William E. Aivalikles, ESQ | Law Office of William E Aivalikles PA 253 Main St Nashua NH 03069-2720 |
| Certain Underwriters at Lloyd's of London | 25 West 53rd Street 14th Floor New York NY  10019 |

BY ORDER OF THE COURT

October 21, 2020

(126849)

Amy M. Feliciano
Clerk of Court

True Copy Attest

Amy M. Feliciano, Clerk of Court
December 3, 2020

This is a Service Document For Case: 226-2020-CV-00536
Hillsborough Superior Court Southern District

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH  03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## MWH HOLDINGS, LLC
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:   **MWH Holdings, LLC v Certain Underwriters at Lloyd's of London**
Case Number:   **226-2020-CV-00536**

<u>Instructions for:</u> **MWH Holdings, LLC**

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **December 05, 2020.**
<u>Further action is required by you</u>
You must:
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
  - **One Summons**
  - **Once Notice for Defendant**
  - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

<u>**Sheriff Departments in New Hampshire:**</u>

<u>Belknap County Sheriff's Department:</u>
<u>Carroll County Sheriff's Department:</u>
<u>Cheshire County Sheriff's Department:</u>
<u>Coos County Sheriff's Department:</u>
<u>Grafton County Sheriff's Department:</u>

<u>Hillsborough County Sheriff's Department:</u>
<u>Merrimack County Sheriff's Department:</u>
<u>Rockingham County Sheriff's Department:</u>
<u>Strafford County Sheriff's Department:</u>
<u>Sullivan County Sheriff's Department:</u>

**\*If one or more of the parties resides out of state, please click <u>here</u> for the requirements\***
Service must be made upon the defendant before **December 05, 2020.**

If the Sheriff is unable to complete service by **December 05, 2020** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by December 26, 2020.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

NHJB-2678-Se (07/01/2018)

# Important Service Information for Sheriff

<u>Do not file this with the court</u>
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____          Case #: _____

<u>Who are you requesting to be served?</u>
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____          APT #: _____

_____

Home phone #: _____          Cell phone #: _____

Sex: ☐ Male   ☐ Female          Race: _____

Last 4 digits of SS#: xxx-xx- _____ _____ _____ _____          D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

<u>Your Information:</u>
Name (please print): _____

Residential address:                    Mailing address:

_____          _____

_____          _____

Phone number to contact you during business hours:

_____ Alternate #: _____

_____
Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

| | | |
|---|---|---|
| Fees Paid: $_____ Cash #: _____ Check#: _____ | | |
| Id#: _____ Waiver: _____ Money Order#: _____ Credit Card: _____ | | |
| Sheriff File # _____ Authorization #: _____ | | |

NHJB-2678-Se (07/01/2018)

<u>Instructions for filing the Return of Service</u>:
If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: <u>www.courts.state.nh.us</u>, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 226-2020-CV-00536 and click Next.

2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".

3.  Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.

4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.


**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

<u>October 21, 2020</u>
Date

<u>Amy M. Feliciano</u>
Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to <u>https://odypa.nhecourt.us/portal</u> and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **MWH Holdings, LLC v Certain Underwriters at Lloyd's of London**
Case Number:   **226-2020-CV-00536**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Hillsborough Superior Court Southern District.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Hillsborough Superior Court Southern District** as the location.

3. Select "I am filing into an existing case". Enter **226-2020-CV-00536** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.