UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MWH HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S,<br>LONDON SUBSCRIBING TO CERTIFICATE NO.<br>XEQ3461418, IMPROPERLY NAMED AS CERTAIN<br>UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>    Defendant. | Docket No. 1:20-cv-01152 |

## MOTION OF MICHAEL S. SAVETT
## FOR ADMISSION *PRO HAC VICE*

Defendant, Certain Underwriters at Lloyd's, London Subscribing to Certificate No. XEQ3461418, Improperly Named as Certain Underwriters at Lloyd's of London ("Underwriters"), by and through its counsel, Morrison Mahoney LLP, and pursuant to L.R. 83.2(b), move for the admission *pro hac vice* of Michael S. Savett of Clark & Fox, to appear in this action as co-counsel for Underwriters. In support of this motion, Underwriters states as follows:

1. The instant case involves claims of Breach of Contract and Negligence asserted by Plaintiff, MWH Holdings, LLC, against Underwriters arising out of a dispute between the parties concerning the value of property damage allegedly sustained by Plaintiff on or about July 11, 2019. Attorney Savett seeks admission *pro hac vice* to assist existing counsel in the preparation and presentation of the arguments in this case.

2. In further support of this motion, the Affidavit of Michael S. Savett is attached as Exhibit 1.

3. In further support of this motion, a statement of concurrence pursuant to Local Rule 7.1 is attached as Exhibit 2.

4. Undersigned counsel will continue in their representation of Underwriters.

5. The fee of $100.00 is being filed along with this Motion to the United States District Court.

WHEREFORE, Defendant, Certain Underwriters at Lloyd's, London Subscribing to Certificate No. XEQ3461418, Improperly Named as Certain Underwriters at Lloyd's of London, moves and respectfully requests that the Court admit Michael S. Savett *pro hac vice* as co-counsel in this case.

Respectfully submitted,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON

By Its Attorneys,

MORRISON MAHONEY LLP

Dated: December 9, 2020

/s/ *Brian A. Suslak*
Brian A. Suslak, #269917
bsuslak@morrisonmahoney.com
1001 Elm Street, Suite 304
Manchester, NH 03101
Phone: 603-622-3400
Fax: 617-342-4882

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

William Aivalikles, Esq.
253 Main Street
Nashua, NH 03060
***Counsel for Plaintiff***

                                                              /s/ Brian A. Suslak
                                                            Brian A. Suslak, #269917