# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

MWH HOLDINGS, LLC,

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO CERTIFICATE NO.
XEQ3461418, IMPROPERLY NAMED AS CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON,

      Defendant.

Docket No. 1:20-cv-01152

## AFFIDAVIT OF MICHAEL S. SAVETT

I, Michael S. Savett, do depose and state under oath as follows:

1. I am an attorney licensed to practice in New Jersey, Pennsylvania, New York, the United States District Court for the District of New Jersey, Eastern and Middle Districts of Pennsylvania, Eastern and Southern Districts of New York, and the United States Court of Appeals for the Third Circuit. I am submitting this affidavit in connection with a motion to be admitted *pro hac vice* in the above-captioned lawsuit.

2. My office address and phone number is:

   Michael S. Savett
   Clark & Fox
   951 Haddonfield Rd., Suite A-2B
   Cherry Hill, NJ 08002
   (856) 347-4293
   msavett@clarkfoxlaw.com

3. I am admitted to practice in the following Courts:

   State of New Jersey (1996) (Bar No. 015371996)
   State of New York (2005) (Bar No. 4253308)
   Commonwealth of Pennsylvania (1996) (Bar No. 78057)
   U.S. District Court, District of New Jersey (1996)

       U.S. District Court, Eastern District of New York (2008)
       U.S. District Court, Southern District of New York (2008)
       U.S. District Court, Eastern District of Pennsylvania (1996)
       U.S. District Court, Middle District of Pennsylvania (1996)
       U.S. Third Circuit Court of Appeals (1996)

4.    I am in good standing and eligible to practice in the Courts where I have been admitted.

5.    I am not suspended or disbarred in any jurisdiction.

6.    I have never had any previously imposed disciplinary matters. There are no pending disciplinary matters against me. I have no prior felony or misdemeanor convictions.

7.    I have never been denied admission *pro hac vice* by any court. I have never had a *pro hac vice* admission revoked by any Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF DECEMBER, 2020.

                                                */s/ Michael S. Savett*
                                                Michael S. Savett