# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

MWH HOLDINGS, LLC,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO CERTIFICATE NO.
XEQ3461418, IMPROPERLY NAMED AS CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON,

    Defendant.

Docket No. 1:20-cv-01152

**STATEMENT OF CONCURRENCE IN CONNECTION WITH
MOTION TO ADMIT MICHAEL S. SAVETT *PRO HAC VICE*
PURSUANT TO LOCAL RULE 7.1(c)**

    I, Brian A. Suslak, hereby state that I contacted counsel for Plaintiff, MWH Holdings, LLC, via electronic mail, to inquire as to whether Plaintiff had any objection to the Motion to Appear *Pro Hac Vice* of Michael S. Savett. Counsel for Plaintiff advised that he did not object to this motion.

Respectfully submitted,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERLY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON

By Its Attorneys,

MORRISON MAHONEY LLP

Date: December 9, 2020

/s/ *Brian A. Suslak*
Brian A. Suslak, #269917
bsuslak@morrisonmahoney.com
1001 Elm Street, Suite 304
Manchester, NH 03101
Phone:   603-622-3400
Fax:     617-342-4882

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:

William Aivalikles, Esq.
253 Main Street
Nashua, NH 03060
**Counsel for Plaintiff**

/s/ Brian A. Suslak
Brian A. Suslak, #269917