# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MWH HOLDINGS, LLC,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. XEQ3461418, IMPROPERTY NAMED AS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>　　　　　　Defendant(s). | Docket No. 1:20-cv-01152 |

## **APPEARANCE OF COUNSEL**

To: The clerk of the court and parties of record

　　　I am admitted or otherwise authorized to participate in this court and I appear in this case as counsel for Defendants, Certain Underwriters at Lloyd's, London subscribing to Certificate No. XEQ3461418, improperly named as Certain Underwriters at Lloyd's of London, and request that all papers be served upon me and all communications herein be directed to me.

　　　　　　　　　　　　　　　　　　　　**CLARK & FOX**

　　　　　　　　　　　　　　　BY:　s/Michael S. Savett
　　　　　　　　　　　　　　　　　　Michael S. Savett, Esquire
　　　　　　　　　　　　　　　　　　ATTORNEY ID: 4252866
　　　　　　　　　　　　　　　　　　951 Haddonfield Road, Ste A-2B
　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08002
　　　　　　　　　　　　　　　　　　Phone:  (856) 345-0386
　　　　　　　　　　　　　　　　　　Fax:  (856) 494-1844
　　　　　　　　　　　　　　　　　　Email: msavett@clarkfoxlaw.com
　　　　　　　　　　　　　　　　　　Attorney for Defendants

Dated:  December 18, 2020