IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| MWH HOLDINGS, LLC | ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)** |
| Plaintiff(s) | ) | |
| v | ) | Case No: 1:20-CV-01152 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. XEQ3461418 | ) | |
| Defendant(s) | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and all rights of appeal waived.


/s/ William Aivalikles
William Aivalikles, Esq., Plaintiff's Counsel

253 Main Street
*Address*

Nashua, NH  03060
*City, State & Zip Code*

(603) 880-0303
*Telephone Number*

Dated: 07/14/21


/s/ Michael Savett
Michael S. Savett, Esq., Defendant's Counsel

951 Haddonfield Rd., Suite A-2B
*Address*

Cherry Hill, NJ 08002
*City, State & Zip Code*

(856) 347-4293
*Telephone Number*

Dated: 7/22/2021